IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:15-cv-20632-DPG

| | |
|---|---|
| MARCH NETWORKS CORPORATION AND MARCH NETWORKS, INC., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| HAWK TECHNOLOGY SYSTEMS, LLC, | ) ) |
| Defendant. | ) ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs and Defendant, through their undersigned counsel, hereby notify the Court that the parties have reached a settlement of the above-referenced action. A formal stipulation of dismissal will follow.

Dated:  April 23, 2015

/s/ *Johanna Oliver Rousseaux*

Johanna Oliver Rousseaux
jorousseaux@jonesday.com
Florida Bar No. 598321
JONES DAY
600 Brickell Avenue
Brickell World Plaza
Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799


OF COUNSEL:
Geoffrey K. Gavin
ggavin@jonesday.com
J. Jason Williams
jjwilliams@jonesday.com
JONES DAY
1420 Peachtree Street, NE, Suite 800
Atlanta, GA  30309-3053
Tel: 404-521-3939
Fax: 404-581-8330

*Attorneys for Plaintiffs March Networks Corporation and March Networks, Inc.*

 /s/ *Angela M. Lipscomb*

Angela M. Lipscomb
Alipscomb@lebfirm.com
Florida Bar No. 31111
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd., Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229


*Attorney for Defendant Hawk Technology Systems, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2015, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing system.

By: /s/ *Johanna Oliver Rousseaux*