IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:15-cv-20632-DPG

MARCH NETWORKS CORPORATION )
AND MARCH NETWORKS, INC., )
  )
        Plaintiffs, )
v. )
  )
HAWK TECHNOLOGY SYSTEMS, LLC, )
  )
        Defendant. )
  )

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs March Networks Corporation and March Networks, Inc. ("March Networks") and Defendant Hawk Technology Systems, LLC ("Hawk"), pursuant to Fed. R. Civ. P. 41, through their undersigned counsel, hereby stipulate to dismissal of the claims in this action as follows:

(1)  March Networks' claims concerning invalidity of U.S. Patent No. RE43,462 and intervening rights with respect to U.S. Patent No. RE43,462 are dismissed without prejudice;

(2)  All other claims are dismissed with prejudice.

Each party shall bear its own fees and costs.

1

Dated:  April 29, 2015

/s/ *Johanna Oliver Rousseaux*

Johanna Oliver Rousseaux
jorousseaux@jonesday.com
Florida Bar No. 598321
JONES DAY
600 Brickell Avenue
Brickell World Plaza
Suite 3300
Miami, FL 33131
Telephone: (305) 714-9700
Facsimile: (305) 714-9799

OF COUNSEL:
Geoffrey K. Gavin
ggavin@jonesday.com
J. Jason Williams
jjwilliams@jonesday.com
JONES DAY
1420 Peachtree Street, NE, Suite 800
Atlanta, GA  30309-3053
Tel: 404-521-3939
Fax: 404-581-8330

*Attorneys for Plaintiffs March Networks Corporation and March Networks, Inc.*

 /s/ *Angela M. Lipscomb*

Angela M. Lipscomb
Alipscomb@lebfirm.com
Florida Bar No. 31111
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd., Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229

*Attorney for Defendant Hawk Technology Systems, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2015, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on all of those parties receiving electronic notification via the Court's CM/ECF electronic filing system.

By: /s/ *Johanna Oliver Rousseaux*