UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20632-CIV-GAYLES/TURNOFF

MARCH NETWORKS CORPORATION
AND MARCH NETWORKS, INC.,

    Plaintiffs,

v.

HAWK TECHNOLOGY SYSTEMS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal [ECF No. 12]. The Court has reviewed the Stipulation, the record, and is otherwise fully advised. Based thereon, it is

**ORDERED AND ADJUDGED** that the Plaintiffs' claims concerning invalidity of U.S. Patent No. RE43,462 and intervening rights with respect to U.S. Patent No. RE43,462 are **DISMISSED without prejudice**. All other claims are **DISMISSED with prejudice.** Each party shall bear its own fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of April, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE